UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PARAGON INVESTORS, LLC §
PLAINTIFF: §
§
v. §
§
§ Case No. 3-13CV1242-G
SHANNON PHILLIPS AND ALL OCCUPANTS §
DEFENDANTS: §
§
§
§
§
§

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant SHANNON PHILLIPS & ALL OCCUPANTS hereby removes to this Court the state court action described below.

On March 26, 2013, an action was commenced in the Justice Court Precinct 1, Place 1, Dallas County, Texas, entitled PARAGON INVESTORS, LLC vs. SHANNON PHILLIPS AND ALL OCCUPANTS, Defendant, Case number JE13-01694H

I. Defendant was served with summons on March 18, 2013.

II. Pursuant to N.D. Tex. Local R. 81.1 this notice of removal is accompanied by an index of documents filed in state court (Exhibit A).

III. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because:

(a) <u>The Amount in Controversy Exceeds the Federal Minimum Jurisdiction Requirements</u>

  i. The subject real property has a current fair market value of $ 117,690.00 according to the Dallas County Appraisal District.

  ii. The amount in controversy is the value of the object of the litigation. See Leininger v. Leininger, 05 F.2d 727,729(5th Cir. 1983).

(b) <u>There is Complete Diversity between Defendants and the Plaintiffs</u>

  i. Defendant SHANNON PHILLIPS et al were, at the time of the filing of this action, have been at all times since, and still are individual resident citizens of the State of Texas.

  ii. Plaintiff PARAGON INVESTORS, LLC , was, at the time of the filing of this action, has been at all times since, and still is a national association with main office in Cleveland, Ohio. A national bank is a citizen of the state in which its main office, as set forth in its articles of association, is located. See Wachovia Bank, N.A. v. Schmidt, 126 S.Ct. 941 (2006). Accordingly PARAGON INVESTORS, LLC, is a Citizen of Cleveland, Ohio.

  iii. 28 U.S.C § 1332(a) provides that "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-

    a. Citizens of different states; ..."

  iv. 28 U.S.C § 1332(a) (1) For purposes of diversity, an individual is a citizen of the state of their domicile, which is the place of their true, fixed, and permanent home and principal establishment, to which they have the intention of returning home whenever they are absent there from. *See Stine v. Moore,* 213 F.2d 446, 448 (5th Cir. 1954).

    v. As the Defendant, SHANNON PHILLIPS is a citizen of the State of Texas and the Plaintiff, PARAGON INVESTORS, LLC, is a citizens of Washington, DC. but not Texas, complete diversity of citizenship exists between Plaintiff and Defendants.

(c) Pursuant the 28 U.S.C. § 1332(a), this court has original jurisdiction over this matter as the amount in controversy meets the federal jurisdiction minimum and there is a complete diversity of citizenship between the Plaintiff and Defendants.

WHEREFORE, defendants SHANNON PHILLIPS pray that this action be removed to the United States District Court For The Northern District of Texas Dallas Division.

Dated: March 22, 2013

                              Respectfully Submitted,

                              SHANNON PHILLIPS
                              2230 COLGATE CT
                              LANCASTER, TX 75134
                              TEL: 214-663-1399

                              By _/s/ Shannon Phillips_
                                      SHANNON PHILLIPS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon the Attorney, PARAGON INVESTORS, LLC , for the Plaintiff via Certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 22nd day of March, 2013 as follows:

PARAGON INVESTORS, LLC
P O BOX 270765
FLOWER MOUND, TX 75027
816-490-0969

_____
SHANNON PHILLIPS
2230 Colgate CT
Lancaster, TX 75134

# THE STATE OF TEXAS

ADDR: 2230 COLGATE CT
RENT: $.00
DOCKET NO. JE13-01694H

TO THE DEFENDANT:

PHILLIPS, SHANNON AND ALL OCCUPANTS

GREETING: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF THE PEACE IN AND FOR PRECINCT NO. 1 DALLAS COUNTY, TEXAS, IN THE CITY OF DALLAS AT 10:00 A.M., ON THE 26TH DAY OF MARCH A.D., 2013, THEN AND THERE TO ANSWER TO THE COMPLAINT OF THE PLAINTIFF.

FILED ON MARCH 14, 2013                      EVICTION CITATION NO. JE13-01694H. THE
NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES
KNOWN AS HOUSE NO. 2230   STREET COLGATE CT                      APT. NO.
AT 10:00 A.M., FOR BACK RENT IN THE SUM OF $               , FOR RENT
IN SAID PRECINCT, AND REASONABLE ATTORNEY'S FEES $    0.00    , IF ANY.
ACCRUING, FOR COST, AND JURY FEE PAID ON

IF YOU DESIRE TRIAL BY JURY IT MUST BE REQUESTED AND JURY FEE PAID ON
OR BEFORE FIVE DAYS UPON RECEIPT OF THIS CITATION.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT
JUDGMENT BEING ENTERED AGAINST YOU. IF A JUDGMENT FOR POSSESSION IS
ENTERED THE PLAINTIFF WILL HAVE THE RIGHT TO HAVE YOUR POSSESSIONS REMOVED
FROM THIS PROPERTY BY ORDER OF THE COURT

SUIT TO EVICT: THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT
WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF
RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL
RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), OR STATE LAW, INCLUDING
SECTION 92.017, TEXAS PROPERTY CODE. CALL THE STATE BAR OF TEXAS TOLL-FREE
AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU CANNOT
AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL
ASSISTANCE.

DEMANDA DE DESALOJO: ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE
INMEDIATA. UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER
DERECHOS O ALIVIO ESPECIALES RELACION ADO CON ESTA DEMANDA BAJO LA LEY
FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP.
SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE.
PARA ASISTENCIA EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACION DE
ABOGADOS DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER
PAGAR UN ABOGADO. TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O
BAJO-COSTO.

A COPY OF PLAINTIFF'S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF
AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS MARCH 14, 2013.

*[signature]*
JUSTICE OF THE PEACE

PARAGON INVEST, LLC
P O BOX 270765
FLOWER MOUND, TX 75027
(816) 490 0969

PLAINTIFF
VS.
PHILLIPS, SHANNON & OCC.
2230 COLGATE CT
LANCASTER, TX 75134

THIS PROCESS WAS DELIVERED
THIS 18 DAY OF March 2013
AT 1046 O'CLOCK A M
CONSTABLE, PRECINCT 1
DALLAS COUNTY, TEXAS
#144
*[signature]* DEPUTY

CITATION ISSUED TO:
CONST1 CLEO R STEELE

**Attached by Rule 742A**

APPEARANCE DATE THIS CASE
MARCH 26, 2013            10:00 A.M

THOMAS G. JONES
JUSTICE OF THE PEACE
PRECINCT 1, PLACE 1
DALLAS COUNTY
7201 SOUTH POLK ST. STE. 112
DALLAS, TEXAS 75232
(972) 228-0280

Case No. JE **1301694**

Court Date: _____ @10:00am

**Paragon Investors LLC**
Plaintiff(s)/Landlord(s) (Actual Landlord)

**Shannon Phillips and all occupants**
List all Defendant(s)/Tenant(s) for which eviction is sought

In the Justice Court

Precinct 1, Place 1

County of Dallas

State of Texas

3/24/13

## COMPLAINT for EVICTION

*(For all addresses, you MUST include number, street, apartment number, city, state, & zip code.)*

**Plaintiff**, being duly sworn on oath, files this written complaint against the above named Defendant(s) to evict Defendant(s) from Plaintiff's premises, which is located in Justice of the Peace Precinct 1 of Dallas County and which is **described as**:

**2230 Colgate Ct.**
**Lancaster, TX 75134**

Phone: **817-490-0969** FAX: _____

**Plaintiff** requests service of citation by personal service at the previously described premises or by alternate service, if necessary.

Any work or **other known addresses** for the Defendant(s) known to Plaintiff are as follows:
_____
_____
_____

Phone: _____ FAX: _____

Plaintiff and Defendant(s) have established a **landlord tenant** relationship by: *(check one)* ☐ a written lease or agreement, ☐ an oral agreement, ☒ occupancy after foreclosure sale, ☐ occupancy after contract for deed default, ☐ *(other)* _____

**Grounds for eviction** are: *(check)* ☐ non-payment of rent, ☐ holding over, ☐ non-rent default by *(describe default)*
— **Occupancy after foreclosure**

Written **notice to vacate** for the grounds stated above was delivered to Defendant(s) at the above described premises on the **24** day of **January**, 20**13**, *(check)* ☐ in person to the tenant(s). ☐ in person to an occupant at least sixteen years of age. ☒ by mail. ☐ by affixing to the **inside** of the main entry door.
☐ *(other)* **Certified and First Class**

Thereafter Defendant(s) failed to surrender possession of the above described premises by the date specified in the **notice to vacate** thereby committing a **forcible detainer**.

Plaintiff requests judgment for Plaintiff(s) against Defendant(s) for possession of the above described premises, for writ of possession, plus $ **0** rent due through today, plus accruing rent at the **daily rate** of $ **0** per day until the date of judgment, plus reasonable attorney fees in the amount of $ **0**, plus all costs of court, plus post-judgment interest at the highest legal rate.

X _____
Landlord, Landlord's authorized Agent, or Landlord's Attorney
(if Attorney) Bar Card Number _____

Address **PO Box 270765  Flower Mound, TX 75027**

Phone **(817) 490-0969**

**Defendant/Tenant Information:**

DL# _____
D.O.B. ____ / ____ / ____
SEX _____
RACE _____

**Monthly Rent:**
Tenant _____
Govt. Subsidy _____

**SWORN** to and **SUSCRIBED** before me this **13** day of **MARCH**, 20**13**

(Seal)     _____
(Notary or Clerk of Court)

[Notary seal: NICHOLAS AARON PHILLIPOWSKY, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 08-23-2016]

Cause Number: **JE13-01694H**

IN THE JUSTICE COURT

PLAINTIFF: **Paragon Invest LLC**

PRECINCT 1 PLACE **1**

vs

(NOTE: List All Tenants Who Are Named In Plaintiff's Sworn Complaint)

DEFENDANT[S]: **Phillips, Shannon & Occ**

COURT DATE: **March 26, 2013** @ 10:00 a.m.,

### ORDER AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 742a

THIS COURT FINDS THAT DEPUTY **T. Jackson**, BADGE # **H4**, HAVING THE ABOVE CITATION FOR SERVICE OF PROCESS, HAVE EXECUTED AND FILED SWORN STATEMENTS PURSUANT TO THE REQUIREMENTS OF RULE 742a REGARDING ALTERNATIVE SERVICE. THIS COURT FURTHER FINDS THAT THE DEPUTIES WERE UNSUCCESSFUL IN SERVING CITATION UNDER RULE 742a AND THAT ALL REQUIREMENTS FOR AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 742a GAVE BEEN MET. ACCORDINGLY, SUCH DEPUTY IS AUTHORIZED TO SERVE SUCH CITATION ON THE FOLLOWING DEFENDANTS:

**Phillips, Shannon & Occ**

ACCORDING TO THE FOLLOWING PROCEDURES:

(A) THE DEPUTY SHALL PLACE THE CITATION INSIDE THE PREMISES IN QUESTION BY PLACING IT THROUGH THE DOOR MAIL CHUTE OR BY SLIPPING IT UNDER THE FRONT DOOR; AND IF NEITHER METHOD IS POSSIBLE OR PRACTICAL, THE DEPUTY SHALL SECURELY AFFIX THE CITATION TO THE FRONT DOOR OF THE MAIN ENTRY TO THE PREMISES;

(B) ON THE SAME DAY, AS SERVE UNDER (A) (ABOVE) OR THE NEXT DAY, THE DEPUTY SHALL DEPOSIT IN THE MAIL A TRUE COPY OF SUCH CITATION WITH A COPY OF THE SWORN COMPLAINT ATTACHED THERETO, ADDRESSED TO DEFENDANT AT THE PREMISES IN QUESTION AND SENT BY FIRST CLASS MAIL;

(C) THE DEPUTY SHALL NOTE ON THE RETURN OF SUCH CITATION THE DATE OF DELIVERY UNDER (A) (ABOVE) THE DATE OF MAILING UNDER (B) ABOVE – AND;

(D) SUCH DELIVERY AND MAILING TO THE PREMISES SHALL OCCUR AT LEAST SIX [6] DAYS BEFORE THE RETURN DAY OF THE CITATION, OR ON OR BEFORE THE DAY ASSIGNED FOR TRIAL. THE DEPUTY SHALL RETURN THE CITATION WITH THEIR ACTION WRITTEN THEREON, TO THIS COURT.

ENTERED AND SIGNED THIS _____ DAY OF **MAR 1 8 2013** 20 ____.

*Thomas H. Jones*

JUSTICE OF THE PEACE – PRECINCT 1 PLACE **1**

Revised 09-12-2012

```
JUSTICE & CLERKS FE&D DOCKET                                    PAGE-01

                                    CASE NUMBER  JE-1301344H

                                    PLAINTIFF:
                                    PARAGON INVEST, LLC
                                    P O BOX 270765
                                    FLOWER MOUND, TX 75027
                                    (816) 490 0969

                                    DEFENDANT:
                                    PHILLIPS, SHANNON & OCC.
                                    2230 COLGATE CT
                                    LANCASTER, TX 75134

            ****************************
            * JUSTICE & CLERKS FE&D DOCKET *
            *    JUSTICE OF THE PEACE     *
            *      PRECINCT  1 PLACE 1    *
            ****************************

DATE FILED              02 25 13   APPEARANCE DATE        03 08 13
DATE CITATION ISSUED    02 26 13   AGENCY   CONST1 CLEO R STEELE
CITATION RETURNED       03 04 13   DATE EXECUTED          02 28 13
ALIAS CITATION ISSUED              AGENCY
ALIAS RETURNED                     ALIAS EXECUTED
RENT      .00  ATTY FEES      .00  POSSESSION BOND FILED

ON THIS DAY CAME TO BE HEARD THE ABOVE ENTITLED AND NUMBERED
CAUSE. THE DEFENDANT HAVING BEEN DULY SERVED WITH PROCESS DID
NOT ANSWER TO DENY PLAINTIFF'S CLAIM. THE COURT HAVING EXAMINED
THE LAW AND EVIDENCE FINDS FOR THE PLAINTIFF.

IT IS THEREFORE ORDERED AND DECREED THAT SAID PLAINTIFF HAVE AND
RECOVER FROM DEFENDANT THE PREMISES DESCRIBED, RENT OWING IN THE
SUM OF      .00 , ATTORNEY FEES      .00 , INTEREST ON SAID
JUDGMENT FROM THIS DATE AT  5.00% PER ANNUM, AND ALL COSTS OF
COURT FOR WHICH LET RESTITUTION AND EXECUTION ISSUE.
                                            [signature: Thomas B. Jones]
                                                                    MONTHLY RENT:
                                            TENANT
                                                        GOVT. SUBSIDY

SIGNED AND ENTERED THIS DAY 03 08 13
                                            JUSTICE OF THE PEACE

           DATE APPEAL FILED          TRANSCRIPT DATE
           DATE WRIT ISSUED           DATE WRIT RETURNED
           AGENCY                     HOW RETURNED
           EXECUTION ISSUED           EXECUTION RETURNED
           AGENCY                     HOW RETURNED
           ABSTRACT ISSUED            742A APPROVED DATE   02 28 13

COMMENTS:
030713 DEF FILED NOTICE OF REMOVAL PER LB DEF STILL NEEDS TO APPEAR FOR CT DATE////CMH 03/08/13
JUDGMENT BY DEFAULT //DEF NO SHOW //RDP
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PARAGON INVEST, LLC  
    PLAINTIFF: §  
                      §  
V.                        §  
SHANNON PHILLIPS AND ALL §    Case No:_____  
  OCCUPANTS §  
    DEFENDANTS: §  

## INDEX OF MATERIALS ATTACHED TO NOTICE OF REMOVAL

| No. | Date Filed or Entered | Document |
|---|---|---|
| A. | 03/18/2013 | Index of materials Attached to Notice of Removal |
| B. | 03/18/2013 | ORIGINAL PETITION |
|  |  |  |

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PARAGON INVESTORS, LLC

## DEFENDANTS
SHANNON PHILLIPS and All Occupants

3-13CV1242-G

(b) County of Residence of First Listed Plaintiff: Cleveland, Ohio
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dallas, Texas
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED MAR 25 2013
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

(c) Attorneys (Firm Name, Address, and Telephone Number)
PARAGON INVESTORS, LLC
P O BOX 270765
FLOWER MOUND, TX 75027    816-490-0969

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☒ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                    DOCKET NUMBER

DATE 3-22-13

SIGNATURE OF ATTORNEY OF RECORD
Shannon Phillips

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE




# United States District Court
## Northern District of Texas

# Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | Justice of The Peace Precinct 1,1, Dallas, County | JE13-01694H |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | PARAGON INVESTORS, LLC<br>Plaintiff: | PARAGON INVESTORS, LLC<br>P O BOX 270765<br>FLOWER MOUND, TX 75027<br>816-490-0969 |
   | SHANNON PHILLIPS AND ALL OCCUPANTS<br>DEFENDANTS: | Pro Se SHANNON PHILLIPS<br>2230 COLGATE CT<br>LANCASTER, TX 75134<br>TEL: 214-663-1399 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?       • Yes       • No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                                                           Date

**Supplemental Civil Cover Sheet**
**Page 2**

4. **Answer:**

   Was an Answer made in State Court?   • Yes   • No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                  Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   
   None

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   
   None

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | SHANNON PHILLIPS AND ALL OCCUPANTS | Possession of Property |
   | PARAGON INVESTORS, LLC | Possession of Property |