UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PARAGON INVESTORS LLC,        ) | |
| )                              | |
| Plaintiff,              )      | |
| )                              | CIVIL ACTION NO. |
| VS.                           ) | |
| )                              | 3:13-CV-1242-G (BH) |
| SHANNON PHILLIPS and all occupants,  ) | |
| )                              | |
| Defendant.              )      | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly, this action will be *sua sponte* **REMANDED** to the **Justice of the Peace Court, Precinct 1, Place 1, of Dallas County, Texas**, by separate judgment.

SO ORDERED.

April 19, 2013.

_____
A. JOE FISH
**Senior United States District Judge**